

# United States District Court
# Eastern District of California

| Advantest Corporation, et al. | Case Number: 2:24-cv-00951-DB |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Aries Logistics, Inc., et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Aaron C. Schepler** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Aries Logistics, Inc.**

On **10/25/1999** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Arizona** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/16/2024**      Signature of Applicant: /s/ **Aaron C. Schepler**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aaron C. Schepler |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 2415 E. Camelback Rd. |
| | Suite 500 |
| City: | Phoenix   State: AZ   Zip: 85016 |
| Phone Number w/Area Code: | (480) 824-7887 |
| City and State of Residence: | Phoenix, Arizona |
| Primary E-mail Address: | aaron.schepler@huschblackwell.com |
| Secondary E-mail Address: | marcy.mcalister@huschblackwell.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Allison Scott |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 355 S. Grand Avenue |
| | Suite 2850 |
| City: | Los Angeles   State: CA   Zip: 90071-3125 |
| Phone Number w/Area Code: | (213) 337-6550   Bar # 305989 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 04/17/2024

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

     The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **AARON C. SCHEPLER,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1999, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

     Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  04-15-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS234DEE196A9