```
1  ADAM C. BROWN (SBN 161951)
   HILL RIVKINS BROWN & ASSOCIATES
2  A Professional Law Corporation
   11140 Fair Oaks Boulevard, Suite 100
3  Fair Oaks, CA 95628
   Telephone: (916) 535-0263
4  Facsimile: (916) 535-0268

5  Attorneys for Plaintiffs
   ADVANTEST CORPORATION and
6  ADVANTEST AMERICA, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTEST CORPORATION and ADVANTEST AMERICA, INC, <br><br> Plaintiffs, <br><br> vs. <br><br> ARIES LOGISTICS, INC.; US LOGISTICS, LLC; and DOES 1-25, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No.: 2:24-CV-00951-JAM-DB <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION** <br><br> Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and among the parties hereto, through their undersigned counsel, that having reached a complete settlement of all claims pending in this proceeding, that the entire action, including Plaintiff's Complaint and the Cross-Claim of US Logistics, LLC, be and are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

---

1

STIPULATION AND ORDER OF DISMISSAL OF ACTION
HB: 4886-6591-4582.1

1
2   Date: October 23, 2025              HILL RIVKINS BROWN & ASSOCIATES
3                                        A Professional Law Corporation
4                                        By:   /s/ Adam C. Brown
5                                              ADAM C. BROWN
                                                Attorneys for Plaintiffs
6                                              ADVANTEST CORPORATION and
                                                ADVANTEST AMERICA, INC.
7
8
                                         KENNEDYS CMK LLP
9
10
11                                       By:   /s/ Erik M. Kowalewsky
                                                ERIK M. KOWALEWSKY
12                                              CAMILLE ZUBER
                                                Attorneys for Defendant
13                                              US LOGISTICS LLC
14
15                                       HUSCH BLACKWELL LLP
16
17
                                         By:   /s/ Aaron C. Schepler
18                                              AARON C. SCHEPLER
                                                Attorneys for Defendant
19                                              ARIES LOGISTICS, INC.
20
21
22
23
24
25
26
27
28

2
STIPULATION AND ORDER OF DISMISSAL OF ACTION
HB: 4886-6591-4582.1

**ORDER**

Upon the stipulation of the parties hereto, and good cause appearing therefor, IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs.

October 23, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE